No. 98–7347. HAMILTON v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–7348. PHILLIPS v. CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7355. SCANTLEBERRY-FRANK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7356. ROSE v. COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98–7359. MATHISON ET UX. v. MINNEHAHA COUNTY, SOUTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7360. THOMPSON v. KEOHANE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7361. TSUHA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–7362. WILSON v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 98–7363. MONTENEGRO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–7365. WOLFGRAM ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7366. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7367. YRDANOFF v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 98–7369. SKORNIAK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7371. LOPS v. LOPS. C. A. 11th Cir. Certiorari denied.